Charles Rieth, appellant, v. W. T. Carpenter et al., appellees.

Bill to establish a mechanic's lien. Bill dismissed for want of equity. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

Springer & Buckley, for appellant. B. J. O'Neill, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

---

Peter Bayer, appellant, v. Alton, Granite & St. Louis Traction Company, appellee.

Action to recover damages for personal injuries sustained in alighting from a street car. Judgment for plaintiff for $100 claimed to be inadequate. Appeal from the Circuit Court of Madison county; the Hon. L. D. Yeager, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

Mark Meyerstein and Geers & Geers, for appellant. Burroughs & Ryder, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

Grant E. Newport, appellee, v. Illinois Central Railroad Company, appellant.

Action under the Federal Employers' Liability Act to recover for personal injuries caused by being thrown from a freight car. Judgment for plaintiff for $5,000. Appeal from the Circuit Court of Marion county; the Hon. James C. McBride, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 12, 1919.

W. W. Barr and Kagy & Vandervort, for appellant. Charles F. Drew, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

Mary Bender, appellee, v. East Side Levee & Sanitary District and Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellants.

Action to recover damages for loss of crops caused by flooding of land. Judgment for plaintiff for $3,083.55. Appeal from the Circuit Court of Madison county; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919. Certiorari denied by Supreme Court (making opinion final).

D. H. Mudge, John B. Harris, D. E. Keefe, W. E. Hadley and S. W. Baxter, for appellants; Thomas E. Gillespie, L. J. Hackney and F. L. Littleton, of counsel. Geers & Geers, for appellee.

Mr. Justice McBride delivered the opinion of the court.

---

The National State Bank of Metropolis, Illinois, defendant in error, v. F. H. Korte, impleaded with D. B. Klutts et al., plaintiff in error.

Judgment for plaintiff by default in an action upon a note. Error to the Circuit Court of Massac county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

Courtney, Helm & Helm, for plaintiff in error. H. A. Evans, for defendant in error.

Mr. Justice McBride delivered the opinion of the court.